ESC,PATENT

# U.S. District Court [LIVE]
# Western District of Texas (San Antonio)
# CIVIL DOCKET FOR CASE #: 5:25−cv−01089−DAE

Veteran Innovative Products, LL et al v. Bowmar Archery, LLC et al
Assigned to: Judge David A. Ezra
Cause: 35:100 Patent Infringement

Date Filed: 09/02/2025
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Veteran Innovative Products, LL** represented by

**Michael D. Paul**
McKinnie & Paul, PLLC
13333 Blanco Road, Suite 204
San Antonio, TX 78216
210−473−8696
Email: mpaul@mckinniepaul.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason Edwin McKinnie**
McKinnie & Paul PLLC
13333 Blanco Rd.
Suite 204
San Antonio, TX 78216
210−247−2220
Email: jmckinnie@mckinniepaul.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Arrowds, LLC** represented by

**Michael D. Paul**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason Edwin McKinnie**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Matthew Futtere** represented by

**Michael D. Paul**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason Edwin McKinnie**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**BOWMAR ARCHERY, LLC** represented by **Jason S. Shull**
Banner & Witcoff, Ltd.
71 S. Wacker Drive, Suite 3600
Chicago, IL 60606
312.463.5000
Fax: 312−463−5001
Email: jshull@bannerwitcoff.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alexander J. Bruening**
Banner & Witcoff, Ltd.
71 S. Wacker Drive, Suite 3600
Chicago, IL 60606
(312) 463−5473
Fax: (312) 463−5001
Email: ABruening@bannerwitcoff.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**BOWMAR MEDIA, LLC** represented by **Jason S. Shull**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alexander J. Bruening**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Joshua Bowmar** represented by **Jason S. Shull**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alexander J. Bruening**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**David Houser** represented by **Jason S. Shull**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alexander J. Bruening**
(See above for address)

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/02/2025 | Ï 1 | COMPLAINT ( Filing fee $ 405 receipt number BTXWDC−20663708). No Summons requested at this time, filed by Veteran Innovative Products, LL, Matthew Futtere, Arrowds, LLC. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A − US8043177, # 3 Exhibit B − US Reg. 6951373 (FLEXCUT))(McKinnie, Jason) (Entered: 09/02/2025) |
| 09/02/2025 | Ï | Case assigned to Judge Orlando L. Garcia. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (vl) (Entered: 09/03/2025) |
| 09/02/2025 | Ï | If ordered by the court, all referrals will be assigned to Magistrate Judge Chestney (vl) (Entered: 09/03/2025) |
| 09/03/2025 | Ï 2 | Report on Patent/Trademark sent to U.S. Patent and Trademark Office. (vl) (Entered: 09/03/2025) |
| 09/04/2025 | Ï 3 | STANDING ORDER for procedure in cases before Judge Garcia. All parties and counsel are directed to review Judge Garcia's Standing Order containing rules of practice, **particularly the requirement of conference before filing a Motion to Dismiss under Federal Rule 12(b)(6)**. Failure to follow these rules of practice could result in the Court striking the Motion to Dismiss on its own initiative without further notice. Signed by Judge Orlando L. Garcia. (r013) (Entered: 09/04/2025) |
| 09/04/2025 | Ï 4 | ORDER REASSIGNING CASE. Case reassigned to Judge David A. Ezra for all proceedings. Judge Orlando L. Garcia no longer assigned to case. Signed by Judge Orlando L. Garcia. (vl) (Entered: 09/04/2025) |
| 09/08/2025 | Ï 5 | WAIVER OF SERVICE Returned Executed by Veteran Innovative Products, LL, Matthew Futtere, Arrowds, LLC as to All Defendants. (Attachments: # 1 Waiver Bowmar Media LLC, # 2 Waiver D. Houser, # 3 Waiver J. Bowmar)(McKinnie, Jason) (Entered: 09/08/2025) |
| 09/15/2025 | Ï 6 | RULE 7 DISCLOSURE STATEMENT filed by Arrowds, LLC, Matthew Futtere, Veteran Innovative Products, LL. (McKinnie, Jason) (Entered: 09/15/2025) |
| 10/31/2025 | Ï 7 | Unopposed MOTION to Amend Complaint by Arrowds, LLC, Matthew Futtere, Veteran Innovative Products, LL. (Attachments: # 1 Exhibit Ex 1 First Amended Complaint w Exhibits, # 2 Proposed Order Proposed Order)(McKinnie, Jason) (Entered: 10/31/2025) |
| 11/03/2025 | Ï 8 | ORDER GRANTING 7 Motion to Amend Complaint Signed by Judge David A. Ezra. (vl) (Entered: 11/03/2025) |
| 11/03/2025 | Ï 9 | FIRST AMENDED COMPLAINT against BOWMAR ARCHERY, LLC, BOWMAR MEDIA, LLC, Joshua Bowmar, David Houser amending 1 Complaint,., filed by Veteran Innovative Products, LL, Matthew Futtere.(vl) (Entered: 11/03/2025) |
| 11/05/2025 | Ï 10 | Motion to Dismiss for Failure to State a Claim by BOWMAR ARCHERY, LLC, BOWMAR MEDIA, LLC, Joshua Bowmar, David Houser. (Attachments: # 1 Exhibit A − Declaration of Joshua Bowmar, # 2 Attachment 1 (part 1) to Declaration of Joshua Bowmar, # 3 Attachment 1 (part 2) to Declaration of Joshua Bowmar, # 4 Attachment 2 to Declaration of Joshua Bowmar, # 5 Attachment 3 to Declaration of Joshua Bowmar, # 6 Attachment 4 to Declaration of Joshua Bowmar, # 7 Attachment 5 to Declaration of Joshua Bowmar, # 8 Attachment 6 to Declaration of Joshua Bowmar, # 9 Attachment 7 to Declaration of Joshua Bowmar, # 10 Attachment 8 to Declaration of Joshua Bowmar, # 11 Attachment 9 to Declaration of Joshua Bowmar, # 12 Attachment 10 to |

| | | |
|---|---|---|
| | | Declaration of Joshua Bowmar, # 13 Attachment 11 to Declaration of Joshua Bowmar, # 14 Attachment 12 to Declaration of Joshua Bowmar, # 15 Attachment 13 to Declaration of Joshua Bowmar, # 16 Exhibit B − Declaration of David Houser, # 17 Exhibit C − Declaration of Jason Shull, # 18 Attachment 1 to Declaration of Jason Shull, # 19 Attachment 2 to Declaration of Jason Shull, # 20 Attachment 3 to Declaration of Jason Shull, # 21 Attachment 4 to Declaration of Jason Shull, # 22 Attachment 5 to Declaration of Jason Shull, # 23 Attachment 6 to Declaration of Jason Shull, # 24 Attachment 7 to Declaration of Jason Shull, # 25 Attachment 8 to Declaration of Jason Shull, # 26 Attachment 9 to Declaration of Jason Shull, # 27 Attachment 10 to Declaration of Jason Shull, # 28 Attachment 11 to Declaration of Jason Shull, # 29 Attachment 12 to Declaration of Jason Shull, # 30 Attachment 13 to Declaration of Jason Shull, # 31 Attachment 14 to Declaration of Jason Shull, # 32 Attachment 15 to Declaration of Jason Shull, # 33 Attachment 16 to Declaration of Jason Shull, # 34 Attachment 17 to Declaration of Jason Shull, # 35 Attachment 18 to Declaration of Jason Shull, # 36 Attachment 19 to Declaration of Jason Shull, # 37 Attachment 20 to Declaration of Jason Shull, # 38 Attachment 21 to Declaration of Jason Shull, # 39 Attachment 22 to Declaration of Jason Shull, # 40 Attachment 23 to Declaration of Jason Shull, # 41 Attachment 24 to Declaration of Jason Shull, # 42 Attachment 25 to Declaration of Jason Shull, # 43 Attachment 26 to Declaration of Jason Shull, # 44 Attachment 27 to Declaration of Jason Shull, # 45 Attachment 28 to Declaration of Jason Shull, # 46 Exhibit D)(Bruening, Alexander) (Entered: 11/05/2025) |
| 11/06/2025 | Ï | Received 1 USB for court and 1 USB for chambers, forwarded to Judge Ezra chambers. (vl) (Entered: 11/07/2025) |
| 11/12/2025 | Ï 11 | MOTION to Appear Pro Hac Vice by Alexander J. Bruening *on Behalf of Jason S. Shull* ( Filing fee $ 100 receipt number ATXWDC−20965118) by on behalf of BOWMAR ARCHERY, LLC, BOWMAR MEDIA, LLC, Joshua Bowmar, David Houser. (Attachments: # 1 Proposed Order)(Bruening, Alexander) (Entered: 11/12/2025) |
| 11/13/2025 | Ï 12 | ORDER GRANTING 11 Motion to Appear Pro Hac Vice for Attorney Jason S. Shull for BOWMAR ARCHERY, LLC,Jason S. Shull for BOWMAR MEDIA, LLC,Jason S. Shull for Joshua Bowmar,Jason S. Shull for David Houser. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center Signed by Judge David A. Ezra. (vl) (Entered: 11/13/2025) |
| 11/18/2025 | Ï 13 | Unopposed MOTION for Extension of Time to File Response/Reply as to 10 Motion to Dismiss for Failure to State a Claim by Arrowds, LLC, Matthew Futtere, Veteran Innovative Products, LL. (Attachments: # 1 Proposed Order)(McKinnie, Jason) (Entered: 11/18/2025) |
| 11/19/2025 | Ï | Text Order GRANTING 13 Motion for Extension of Time to File Response/Reply. IT IS THEREFORE ORDERED that Plaintiffs' response to Defendants' Motion to Dismiss is due on or before December 5, 2025. Entered by Judge David A. Ezra. (This is a text−only entry generated by the court. There is no document associated with this entry.) (ASlc) (Entered: 11/19/2025) |
| 12/05/2025 | Ï 14 | Response in Opposition to Motion, filed by Arrowds, LLC, Matthew Futtere, Veteran Innovative Products, LL, re 10 Motion to Dismiss for Failure to State a Claim filed by Defendant Joshua Bowmar, Defendant BOWMAR MEDIA, LLC, Defendant David Houser, Defendant BOWMAR ARCHERY, LLC (Attachments: # 1 Exhibit Ex A Ltr Monica Chapman)(McKinnie, Jason) (Entered: 12/05/2025) |
| 12/12/2025 | Ï 15 | REPLY to Response to Motion, filed by BOWMAR ARCHERY, LLC, BOWMAR MEDIA, LLC, Joshua Bowmar, David Houser, re 10 Motion to Dismiss for Failure to State a Claim filed by Defendant Joshua Bowmar, Defendant BOWMAR MEDIA, LLC, Defendant David Houser, Defendant BOWMAR ARCHERY, LLC (Shull, Jason) (Entered: 12/12/2025) |
| 12/23/2025 | Ï 16 | MOTION for Leave to File Notice of Supplemental Authorities by BOWMAR ARCHERY, LLC, BOWMAR MEDIA, LLC, Joshua Bowmar, David Houser. (Attachments: # 1 Exhibit A)(Shull, |

| | | |
|---|---|---|
| | | Jason) (Entered: 12/23/2025) |
| 12/29/2025 | Ï | Text Order GRANTING 16 Motion for Leave to File. The Clerk is instructed to add Dkt. # 16−1 to the docket. Plaintiff may respond on or within 14 days of the filing of the Notice of Supplemental Authorities. Entered by Judge David A. Ezra. (This is a text−only entry generated by the court. There is no document associated with this entry.) (ASlc) (Entered: 12/29/2025) |
| 12/29/2025 | Ï 17 | NOTICE OF SUPPLEMENTAL AUTHORITIES by BOWMAR ARCHERY, LLC, BOWMAR MEDIA, LLC, Joshua Bowmar, David Houser (mgr) (Entered: 12/30/2025) |
| 01/13/2026 | Ï 18 | RESPONSE to Motion, filed by Arrowds, LLC, Matthew Futtere, Veteran Innovative Products, LL, re 16 MOTION for Leave to File Notice of Supplemental Authorities filed by Defendant Joshua Bowmar, Defendant BOWMAR MEDIA, LLC, Defendant David Houser, Defendant BOWMAR ARCHERY, LLC (McKinnie, Jason) (Entered: 01/13/2026) |
| 08/11/2026 | Ï 19 | ORDER GRANTING IN PART DEFENDANTS MOTION TO DISMISS −− The Court GRANTS IN PART Defendants Motion to Dismiss (Dkt. # 10) for improper venue pursuant to Federal Rule of Civil Procedure 12(b)(3) and 28 U.S.C. § 1400(b), but finds that it is proper to transfer the case to the Southern District of Iowa in lieu of dismissing Plaintiffs claims in the interest of justice. Accordingly, the Court ORDERS that this case be TRANSFERRED to the Southern District of Iowa, Central Division. The Clerk of Court is DIRECTED to hold the transfer for five business days from the date of this Order.. Signed by Judge David A. Ezra. (vl) (Entered: 08/11/2026) |